# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US LLC,<br><br>　　　　　Defendant. | Case No. 1:18-cv-01487-DAD-SAB<br><br>ORDER RE NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATION TO VACATE THE SCHEDULING CONFERENCE<br><br>(ECF No. 22)<br><br>DEADLINE: NOVEMBER 1, 2019 |

This action was removed to the Eastern District of California on October 26, 2018. On August 30, 2019, the parties filed a notice of settlement and request to vacate the scheduling conference and set a status conference. The Court shall vacate the scheduling conference but finds it unnecessary to set a status conference in this matter. The parties are HEREBY ORDERED to file dispositional documents or a joint notice of the status of the settlement on or before **November 1, 2019**.

IT IS SO ORDERED.

Dated: __September 3, 2019__　　　　　　　　　/s/　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1